UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| James M. Slater,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons,<br><br>    Defendant. | Case No. 5:23-cv-724-BJD-PRL |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff James M. Slater gives notice that he will be represented by Joshua M. Tarjan of The Tarjan Law Firm P.A. as lead counsel.

Dated: December 24, 2023.

Respectfully submitted,

/s/ Joshua Tarjan
Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, Florida 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

2

-and-

James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Plaintiff*

2