UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| James M. Slater,<br><br>　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons,<br><br>　　　Defendant. | Case No. 5:23-cv-724-BJD-PRL |

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1.　Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- James M. Slater, Plaintiff;

- Slater Legal PLLC, Attorneys for Plaintiff;

    o James M. Slater, Attorney for Plaintiff;

- The Tarjan Law Firm P.A., Attorneys for Plaintiff;

- - o   Joshua M. Tarjan, Attorney for Plaintiff
  - Federal Bureau of Prisons, Defendant.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Plaintiff seeks costs and attorney's fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: January 1, 2024

/s/ *Joshua Tarjan*
Joshua Tarjan (FBN 107092)
The Tarjan Law Firm P.A.
12372 SW 82 Avenue
Pinecrest, Florida 33156
josh@tarjanlawfirm.com
Tel. (305) 423-8747

        <u>*/s/ James M. Slater*</u>
        James M. Slater (FBN 111779)
        Slater Legal PLLC
        113 S. Monroe Street
        Tallahassee, Florida 32301
        Tel. (305) 523-9023
        james@slater.legal