UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES M. SLATER,

    Plaintiff

v.                                                          Case No. 5:23-cv-00724-BJD-PRL

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, by and through the undersigned Assistant United States Attorney, respectfully moves for a 15-day extension of time up to and including February 9, 2024, by which to file a response to Plaintiff's Complaint (Doc. 1).

1. On December 17, 2023, Plaintiff filed a Complaint alleging the Bureau of Prisons violated the Freedom of Information Act, 5 U.S.C. § 552, with respect to three requests Plaintiff filed seeking records related to prisoners at the Federal Correctional Institution—Coleman. The United States Attorney's Office was served with Plaintiff's Complaint on December 26, 2023, causing Defendant's response to be due on or before January 25, 2024.

2. Since receiving the Complaint, the Bureau of Prisons and counsel have worked diligently to respond. The intervening holidays, however, caused delays in this work and the ability to gather necessary information. Accordingly, Defendant seeks a brief extension of time to respond to the Complaint up to and including February 9, 2024.

1

3. This motion is not interposed for the purposes of delay, and none of the parties will be prejudiced if the Court grants the motion.

Federal Rule of Civil Procedure 6(b) is a rule of general application giving discretion to the trial court to enlarge time limits either before or after they have expired. *See Jozwiak v. Stryker Corp.*, 2010 WL 743834, at *1 (M.D. Fla. Feb. 26, 2010); *Kernisant v. City of New York*, 225 F.R.D. 422, 431 (E.D.N.Y. 2005). The Court may grant an enlargement "for good cause … if a request is made before the original time or its extension expires…." Fed. R. Civ. P. 6(b)(1). This request is being made before the expiration of the time to respond and is supported by good cause.

Accordingly, Defendant requests a 15-day extension of time up to and including February 9, 2024, by which to file a response to Plaintiff's Complaint.

**Local Rule 3.01(g) Certificate**

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Plaintiff's counsel by email on January 19, 2024. Plaintiff does not oppose the relief sought.

Dated: January 19, 2024

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Julie Posteraro*
Julie R. Posteraro
Assistant United States Attorney
USA No. 157
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7588
Email: Julie.Posteraro@usdoj.gov
LEAD COUNSEL