UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES M. SLATER,

    Plaintiff

v.                                            Case No. 5:23-cv-00724-BJD-PRL

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____/

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Federal Bureau of Prisons, by and through the undersigned Counsel, make the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   N/A

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a. Bureau of Prisons, Defendant;

   b. Roger B. Handberg, United States Attorney, Counsel for Defendant;

    c. Julie Posteraro, Assistant U.S. Attorney, Counsel for Defendant;

    d. Slater, James M., Plaintiff;

    e. Slater Legal, PLLC, Counsel for Plaintiff;

    f. Tarjan, Joshua, Counsel for Plaintiff;

    g. The Tarjan Law Firm, P.A., Counsel for Plaintiff; and

    h. White, Meryl, Bureau of Prisons Office of General Counsel.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None.

6. Identify each person arguably eligible for restitution:

    James M. Slater

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  January 19, 2024						Respectfully submitted,

							ROGER B. HANDBERG
							United States Attorney

					By:	*/s/ Julie Posteraro*
							Julie R. Posteraro
							Assistant United States Attorney
							USA No. 157
							400 W. Washington Street, Suite 3100
							Orlando, Florida 32801
							Telephone: (407) 648-7500
							Facsimile: (407) 648-7588
							Email:  Julie.Posteraro@usdoj.gov
							LEAD COUNSEL