UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES M. SLATER,

    Plaintiff,

v.                                               Case No.:  5:23-cv-724-BJD-PRL

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response to be filed on or before **March 22, 2024**, why **sanctions** should not be imposed for their failure to file a Case Management Report within the time prescribed by Local Rule 3.02(b)(1). The parties are cautioned that failure to respond to this order may result in **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE** and **ORDERED** in Jacksonville, Florida this 15th day of March, 2024.

                                            BRIAN J. DAVIS
                                            United States District Judge

***Copies furnished to:***

Counsel of record

*ap*