UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| James M. Slater,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons,<br><br>　　　　Defendant. | Case No. 5:23-cv-724-BJD-PRL |

## RESPONSE TO ORDER TO SHOW CAUSE AND STATUS REPORT

Pursuant to Local Rule 3.02 and the Court's Order to Show Cause, the parties file this response and status report regarding this case under the Freedom of Information Act.

1. This lawsuit was filed on December 17, 2023 seeking records relating to three federal prisoners who were held Coleman federal prison in this District. [ECF No. 1].

2. Service was effectuated on December 26, 2023, making the Case Management Report due on March 5, 2024. [ECF No. 8]; L.R. 3.02(b)(3).

3. Since the United States Attorney's Office was served, the parties have been working diligently to determine a production schedule of records from the Bureau of Prisons.

4. On March 15, 2024, prior to the Court's Order, the Bureau of Prisons confirmed that it could produce 300 pages of records per month with an estimated completion date of 3-4 months after production begins.

5. Accordingly, the parties respectfully request that the Court defer case management requirements in this case while the Bureau of Prisons provides responsive documents. The parties will provide a status report each month updating the Court on the status of production.

6. After completion of production, to the extent the parties anticipate litigating issues concerning the records, the parties will promptly inform the Cout as to their position on a briefing schedule for summary judgment motions.

7. Given that the parties have been diligently working to resolve production and defer further proceedings in this case, they ask that the Court discharge the order to show cause. To the extent the Court requires anything further, the parties will provide any further information the Court requests.

Dated: March 15, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Joshua Tarjan | ROGER B. HANDBERG |
| Joshua Tarjan (FBN 107092) | United States Attorney |
| The Tarjan Law Firm P.A. | |
| 12372 SW 82 Avenue | /s/ Julie R. Posteraro* |
| Pinecrest, Florida 33156 | Julie R. Posteraro |
| josh@tarjanlawfirm.com | Assistant United States Attorney |
| Tel. (305) 423-8747 | USA No. 157 |
| | 400 W. Washington Street, Suite 3100 |
| /s/ James M. Slater | Orlando, Florida 32801 |
| James M. Slater (FBN 111779) | Telephone: (407) 648-7500 |
| Slater Legal PLLC | Facsimile: (407) 648-7588 |
| 113 S. Monroe Street | Julie.Posteraro@usdoj.gov |
| Tallahassee, Florida 32301 | |
| james@slater.legal | *Attorneys for Defendant Federal Bureau of Prisons* |
| Tel. (305) 523-9023 | |

*Attorneys for Plaintiff James M. Slater*

\*Signed by James Slater with Julie Posteraro's written permission.