## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

JAMES M. SLATER,

    Plaintiff,

v.                                               Case No. 5:23-cv-724-BJD-PRL

FEDERAL BUREAU OF
PRISONS,

    Defendant.
_____/

### ORDER

**THIS CAUSE** is before the Court on the Parties' Response to Order to Show Cause (Doc. 13) filed March 15, 2024.

On March 15, 2024, this Court ordered the parties to show cause why sanctions should not be imposed for their failure to timely file a Case Management Report. (Doc. 12). Parties responded on the same date detailing the status of the case, their ongoing work on production of requested documents, and the estimated date of completion of said documents. (Doc. 13). The Parties requested "that the Court defer case management requirements in this case while the Bureau of Prisons provides responsive documents," stating they would provide monthly status reports. Parties filed status reports on April 8, 2024, and May 3, 2024. (Docs. 14 and 15).

Accordingly, after due consideration, it is

**ORDERED:**

1. In light of Parties' Response to Order to Show Cause (Doc. 13), Order to Show Cause (Doc. 12) is **DISCHARGED**.

2. Parties shall file a joint status report on or before **June 6, 2024**, and every 30 days thereafter.

3. On or before **September 5, 2024**, parties shall file a Case Management Report.

**DONE** and **ORDERED** in Jacksonville, Florida this 6th day of May, 2024.

_____
BRIAN J. DAVIS
United States District Judge

9
Copies furnished to:

Counsel of Record
Unrepresented Parties