UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| James M. Slater,<br><br>          Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons,<br><br>          Defendant. | Case No. 5:23-cv-724-BJD-PRL |

# FOURTH STATUS REPORT

Pursuant to the Court's Order [ECF No. 16], the parties file this fourth status report regarding this case under the Freedom of Information Act (FOIA).

1. This FOIA lawsuit was filed on December 17, 2023 seeking records relating to three federal prisoners who were held at Coleman federal prison in this District. [ECF No. 1].

2. On March 15, 2024, Defendant Federal Bureau of Prisons (BOP) informed Plaintiff that it would be able to process around 300 pages of records per month, with an estimated completion date of 3-4 months after initial production. [*See* ECF No. 13].

3. On March 27, 2024, BOP produced 404 pages of records to Plaintiff regarding one of his three requests (Request No. 2023-03575).

4. On April 24, 2024, after processing an additional 421 pages of records, BOP produced 328 pages to Plaintiff regarding the same request, withholding the balance as exempt.

5. On May 30, 2024, after processing an additional 379 pages of records, BOP produced 338 pages to Plaintiff regarding two of his requests, withholding the balance as exempt.

6. With the May 30, 2024 production, BOP completed its production regarding Plaintiff's first request (Request No. 2023-03575) and began its production regarding Plaintiff's second request (Request No. 2023-04820). BOP stated that it will provide the remainder of records responsive to the second request on June 30, 2024.

7. The parties will continue to update the Court on the status of production as per the Court's Order [ECF No. 16].

*[Signatures to Follow]*

Dated: May 31, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Joshua Tarjan* | ROGER B. HANDBERG |
| Joshua Tarjan (FBN 107092) | United States Attorney |
| The Tarjan Law Firm P.A. | |
| 12372 SW 82 Avenue | */s/ Julie Posteraro*\* |
| Pinecrest, Florida 33156 | Julie R. Posteraro |
| josh@tarjanlawfirm.com | Assistant United States Attorney |
| Tel. (305) 423-8747 | USA No. 157 |
| | 400 W. Washington Street, Suite 3100 |
| */s/ James M. Slater* | Orlando, Florida 32801 |
| James M. Slater (FBN 111779) | Telephone: (407) 648-7500 |
| Slater Legal PLLC | Facsimile: (407) 648-7588 |
| 113 S. Monroe Street | Julie.Posteraro@usdoj.gov |
| Tallahassee, Florida 32301 | |
| james@slater.legal | *Attorneys for Defendant Federal Bureau* |
| Tel. (305) 523-9023 | *of Prisons* |

*Attorneys for Plaintiff James M. Slater*

\*Signed by James Slater with Julie Posteraro's written permission.

3