UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES M. SLATER,

    Plaintiff,

v.                                            Case No. 5:23-cv-00724-BJD-PRL

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, James M. Slater, and Defendant, Federal Bureau of Prisons, hereby stipulate that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and each party to bear its own costs and fees.

                                                    ROGER B. HANDBERG
                                                    United States Attorney

| /s/ James M. Slater | | /s/ Julie Posteraro |
|---|---|---|
| JAMES M. SLATER | By: | JULIE POSTERARO |
| Slater Legal, PLLC | | Assistant United States Attorney |
| 113 S. Monroe Street | | USA NO. 157 |
| Tallahassee, Florida 32301 | | 400 W. Washington St., Ste. 3100 |
| Telephone (305) 523-9023 | | Orlando, FL 32801 |
| Email: james@slater.legal | | Telephone (407) 648-7500 |
| | | Facsimile: (407) 648-7588 |
| | | Email: Julie.Posteraro@usdoj.gov |