# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JAMES M. SLATER,

    Plaintiff,

v.

                              Case No.: 5:23-cv-724-BJD-PRL

FEDERAL BUREAU OF PRISONS,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. No.19; Stipulation) filed on July 31, 2024. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 2rd day of August, 2024.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*